UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

STAFFWORKS, INC., a California corporation,

        Plaintiff,

    v.

COASTAL PACIFIC FOOD DISTRIBUTORS, INC., a California corporation, WALTER STILPHEN, an individual, FRANK GONZALES, SR., an individual; and DOES 1-20, Inclusive,

        Defendants.

NO. 2:05-cv-2504-MCE-GGH

ORDER OF DISMISSAL

----oo0oo----

    Pursuant to Federal Rule of Civil Procedure 8(a), an initial pleading shall contain "a short and plain statement of the grounds upon which the court's jurisdiction depends..." Eastern District Local Rule 8-204 goes on to require that a complaint include specific allegation setting forth the claimed statutory or other basis for federal jurisdiction, as well as the facts supporting such jurisdictional claim.

1

1      The instant Complaint, filed December 12, 2005, purports to
2 address these jurisdictional prerequisites at paragraph 6.  The
3 stated basis for jurisdiction contained in that paragraph,
4 however, is premised on California Code of Civil Procedure §§ 86
5 and 88.  Section 86 sets forth minimum jurisdictional
6 requirements for municipal and justice courts within the State of
7 California.  It does not confer jurisdiction on this Court.
8 Moreover, Section 88 refers to the powers and duties of clerks in
9 California justice courts and likewise has no bearing on federal
10 jurisdiction.
11      Given the lack of proper jurisdictional allegations, the
12 Court, *sua sponte*, dismisses Plaintiff's Complaint for failure to
13 comply with Federal Rule of Civil Procedure 8(a) and Local Rule
14 8-204.  Because it appears from examination of the Complaint that
15 Plaintiff may be able to correct this defect, leave to amend to
16 include or clarify the necessary jurisdictional allegations will
17 be granted.  28 U.S.C. § 1653 (2005).

19      IT IS SO ORDERED.

21 DATED: December 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2