IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STAFFWORKS, INC.,

    Plaintiff,                        CIV. NO. S-05-2504 MCE GGH

    vs.

COASTAL PACIFIC FOOD
DISTRIBUTORS, INC., et al.,

    Defendants.                   ORDER
_____/

        Presently before this court is a letter from counsel for defendants, filed January 11, 2007, requesting that the court hear further discovery matters at the previously scheduled hearing on January 18, 2007. The parties are informed that order shortening time is not required so long as the parties file a joint statement after meeting and conferring, pursuant to E.D. Local Rule 37-251. In this case, the joint statement is required to be filed on Tuesday, January 16, 2007, as January 15 is a court holiday.

        The parties' joint statement regarding plaintiff's motion to exceed ten deposition limit, filed December 22, 2006, is also required to be filed on Tuesday, January 16, 2007.

        The parties have improperly set their motion to extend discovery cutoff before the undersigned. Any request to change the scheduling order in this case is required to be noticed before the district judge.

1

Accordingly, IT IS ORDERED that:

1. Joint statements for matters to be heard on January 18, 2007, shall be filed in accordance with E.D. Local Rule 37-251 on January 16, 2007.

2. Defendant Gonzales' motion to extend the discovery cutoff, filed January 8, 2007, is vacated from the January 18, 2007 calendar.

DATED: 1/12/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Staffworks2504.ord.wpd