Steven D. Crabtree, SBN: 103655
Jennifer Anne Scott, SBN: 204234
Laurie W. Hodges, SBN: 238872
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 W. March Lane, Suite B100
Stockton, CA 95207
Telephone:  (209) 472-7700
Facsimile:  (209) 472-7986

Attorneys for Defendant and Counterclaimant
Frank Gonzales, Sr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAFFWORKS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> COASTAL PACIFIC FOOD DISTRIBUTORS, INC., a California corporation; WALTER STILPHEN, an individual; FRANK GONZALES, SR., an individual; AND DOES 1 - 20, Inclusive <br><br> Defendant. <br><br> AND RELATED COUNTER CLAIMS | CASE NO. 2:05-CV-2504-MCE-GGH <br><br> **ORDER SHORTENING TIME TO HEAR MOTION TO EXTEND FACT DISCOVERY DEADLINE** |

Having considered the Parties' Stipulation pursuant to Eastern District of California L.R. 6-144(e) for an Order Shortening Time for hearing the Motion of Defendant and Counterclaimant Frank Gonzales, Sr. ("Gonzales") to Extend Fact Discovery Deadline ("Motion") and finding good cause therefore,

///

///

///

///

1

1    IT IS HEREBY ORDERED that the hearing on the Motion shall be held on January 18, 2007 at 10:00 a.m. and that the Parties shall submit a Joint Statement to the Court in accordance with Eastern District of California L.R. 37-251.

DATED: January 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2