IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STAFFWORKS, INC.,

       Plaintiff,                            No. CIV S-05-2504 MCE GGH

       vs.

COASTAL PACIFIC
FOOD DISTRIBUTORS, INC., et al.,

       Defendants.                <u>ORDER</u>

                                    /

       Presently pending on this court's law and motion calendar for January 18, 2007, was plaintiff's motion to for leave to exceed ten deposition limit, filed December 22, 2006. Ted Parker appeared for plaintiff. Defendants Coastal Pacific Distributors, Inc. and Walter Stilphen were represented by Daniel Poretti and Christian Koster. Defendant Frank Gonzales, Sr. was represented by Jennifer Scott. The parties filed a joint statement on January 16, 2007. Having heard oral argument and reviewed the papers, the court now issues the following order.

       IT IS ORDERED that: for the reasons discussed at hearing, plaintiff's motion for leave to exceed ten deposition limit, filed December 22, 2006, is granted in part. Plaintiff is

\\\\\

\\\\\

\\\\\

1

1  permitted to take three depositions above the limit, i.e., a total of thirteen depositions.  Any
2  depositions of dock workers must be taken in one day.
3  DATED:    1/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Staffworks1272.dep.wpd

2