ROBERT TED PARKER (CSB # 43024)
DEIRDRE M. DIGRANDE (CSB #199766)
RACHEL R. DAVIDSON (CSB # 215517)
KIRKPATRICK & LOCKHART PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
ted.parker@klgates.com
deirdre.digrande@klgates.com
rachel.davidson@klgates.com

Attorneys for Plaintiff
STAFFWORKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAFFWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL PACIFIC FOOD DISTRIBUTORS, INC., a California corporation; WALTER STILPHEN, an individual; FRANK GONZALES, SR.; an individual; and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:05-CV-02504-MCE-GGH<br><br>**ORDER RE EXTENDING FACT DISCOVERY DEADLINE** |

Plaintiff and Counter-Defendant STAFFWORKS, INC. ("Staffworks") has requested *ex parte* an order extending the fact discovery deadline, currently February 26, 2007, by three days to March 1, 2007 in order to resolve the parties' dispute over the timeliness of Staffworks' electronic service of discovery on January 27, 2007 and obligate Defendants to respond to said discovery. Staffworks alternatively requests that the Court extend fact discovery so that the dispute regarding whether the parties had a binding agreement to accept electronically-transmitted documents as if

1  personally served pursuant to Federal Rule of Civil Procedure Rule 5(b)(2)(A) may be resolved by
2  means of a motion to compel before Magistrate Judge Gregory G. Hollows on March 8, 2007.
3        The Pre-Trial (Status) Scheduling Order issued March 16, 2006 has been modified once to
4  extend fact discovery on the motion of defendant FRANK GONZALES, SR. ("Gonzales").  Per
5  order issued January 23, 2007, fact discovery was continued from January 25 to February 26, 2007
6  to allow the parties additional time to depose witnesses.  Staffworks did not join in Gonzales'
7  motion, but did not oppose it.
8        Prior to the final pretrial conference, which is set in this matter for September 24, 2007, the
9  Court may modify its status order upon a showing of "good cause," specifically that the pre-trial
10 schedule "cannot reasonably be met despite the diligence of the party seeking the modification." *See*
11 Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Rec. Inc*., 975 F.2d 604, 608 (9th Cir. 1992).
12       Good cause supports Staffworks' request as it has demonstrated that despite diligence, it
13 cannot obtain responses to its discovery served on Defendants on January 27, 2007 by means other
14 than extending the fact discovery deadline three (3) days.
15 IT IS HEREBY ORDERED that Staffworks' request is GRANTED.  Fact discovery in this matter
16 shall be extended from February 26, 2007 to March 1, 2007.

Dated:   February 27, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE