Steven D. Crabtree, State Bar No.: 103655
Jennifer Anne Scott, State Bar No.: 204234
Laurie W. Hodges, State Bar No.: 238872
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 W. March Lane, Suite B100
Stockton, CA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Defendant and Counterclaimant
Frank Gonzales, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAFFWORKS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COASTAL PACIFIC FOOD DISTRIBUTORS, INC., a California corporation; WALTER STILPHEN, an individual; FRANK GONZALES, SR., an individual; AND DOES 1 - 20, Inclusive<br><br>Defendant.<br><br>AND RELATED COUNTER CLAIMS | CASE NO. 2:05-CV-02504-MCE-GGH<br><br>**EX PARTE APPLICATION AND ORDER TO WITHDRAW: (1) EX PARTE APPLICATION FOR ORDER TO IMPOSE SANCTIONS ON PLAINTIFF FOR FAILURE TO COMPLY WITH COURT ORDER [FED.R.CIV. PROC. 37(b)(2)(B)]; (2) DECLARATIONS OF JENNIFER A. SCOTT, STACY L. GUTHMILLER AND LAURIE W. HODDGES AND EXHIBITS ATTACHED THERETO; AND (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.** |

Defendant Frank Gonzales, Sr. hereby applies to the Court ex parte for an Order withdrawing the following documents from the docket of the above-identified case as the documents are not in the proper form to be heard by the court: (1) Ex Parte Application for Order to Impose Sanctions on Plaintiff for Failure to Comply with Court Order [Fed. R. Civ. Proc. 37(b)(2)(B)]; (2) Declarations of Jennifer A. Scott, Stacy L. Guthmiller, and Laurie W. Hodges

-1-

and Exhibits attached thereto in Support of Application; and (3) Memorandum of Points and Authorities in Support of Ex Parte Application all of which were filed on March 2, 2007.

Defendant has not sought any previous withdrawals of documents from the docket. Such withdrawal is necessary to allow the filing of new documents so that the matter may properly be heard before the court. Defendant respectfully requests that the Court grant this Order to withdraw the above-described documents.

Dated: March 7, 2007                           HERUM CRABTREE BROWN
                                               *A California Professional corporation*


                                        By          /s/
                                               Jennifer Anne Scott
                                               2291 W. March Lane, Suite B100
                                               Stockton, CA 95207
                                               Telephone: (209) 472-7700
                                               Facsimile: (209) 472-7986

                                               Attorneys for Defendant and Counterclaimant
                                               Frank Gonzales, Sr.

//

//

[PROPOSED] ORDER FOLLOWS THIS SIGNATURE PAGE

//

-2-

**EX PARTE APPLICATION AND [PROPOSED] ORDER TO WITHDRAW: (1) EX PARTE APPLICATION FOR ORDER TO IMPOSE SANCTIONS ON PLAINTIFF FOR FAILURE TO COMPLY WITH COURT ORDER [FED.R.CIV. PROC. 37(b)(2)(B)]; (2) DECLARATIONS OF JENNIFER A. SCOTT, STACY L. GUTHMILLER AND LAURIE W. HODDGES AND EXHIBITS ATTACHED THERETO; AND (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**

## ORDER

Having considered Defendant Frank Gonzales. Sr.'s ex parte application for withdrawal of documents from the docket, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant Frank Gonzales, Sr.'s following documents be removed from the docket: (1) Ex Parte Application for Order to Impose Sanctions on Plaintiff for Failure to Comply with Court Order [Fed. R. Civ. Proc. 37(b)(2)(B)]; (2) Declarations of Jennifer A. Scott, Stacy L. Guthmiller, and Laurie W. Hodges and Exhibits attached thereto in Support of Application; and (3) Memorandum of Points and Authorities in Support of Ex Parte Application all of which were filed on March 2, 2007.

Dated: April 18, 2007

GREGORY G. HOLLOWS
United States ~~District Court~~ MC Judge

-3-