IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STAFFWORKS, INC.,

      Plaintiff,                      No. CIV S-05-2504 MCE GGH

      vs.

COASTAL PACIFIC
FOOD DISTRIBUTORS, INC., et al.,

      Defendants.               <u>ORDER</u>

        At the April 19, 2007, hearing on defendant Gonzales' motion for sanctions, this court directed the parties to inform the court by April 25, 2007 whether they had come to an agreement resolving the discovery issues. If the parties could not agree by that date, the court would decide defendant's sanctions motion. On April 25, 2007, a representative of defense counsel called chambers to relate that the parties agreed that defense counsel would send plaintiff's counsel a letter with questions regarding discovery which defendant alleges has not yet been produced. Plaintiff's counsel agreed to provide verified responses to the questions by May 9, 2007. Judge England has agreed to this procedure as part of the sanctions motion process, and the parties are permitted to proceed.

\\\\\

\\\\\

1

1   Accordingly, IT IS ORDERED that: the parties shall notify the court in writing by
2   May 10, 2007, of the outcome of the aforementioned procedure. If the disputes are not resolved,
3   the court will decide defendant Gonzales' motion for sanctions.

4   DATED:   4/27/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Staffworks1272.ord

2