IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STAFFWORKS, INC.,

    Plaintiff,                                    CIV. NO. S-05-2504 MCE GGH

    vs.

COASTAL PACIFIC FOOD
DISTRIBUTORS, INC., et al.,

    Defendants.                               ORDER

_____/

        Plaintiff's motion to compel and for sanctions presently is calendared for hearing on June 21, 2007. Discovery deadline in this case was March 1, 2007, pursuant to the February 28, 2007 order of the district court, and unlike the situation for the previous discovery dispute, no modification to the order was sought or issued.

        Therefore, IT IS ORDERED that plaintiff's motion to compel and for sanctions, filed May 31, 2007, and set for hearing on June 21, 2007, is vacated from the calendar.

DATED: 6/5/07

                                                /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               U. S. MAGISTRATE JUDGE

GGH:076:Staffworks2504.vac.wpd

1