IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STAFFWORKS, INC.,

       Plaintiff,                       No. CIV S-05-2504 MCE GGH

       vs.

COASTAL PACIFIC
FOOD DISTRIBUTORS, INC., et al.,

       Defendants.           ORDER
_____/

       Presently pending before the court is defendant Gonzales' March 7, 2007, motion for sanctions pursuant to Fed. R. Civ. P. 37.[1]

       Gonzales' motion seeks sanctions for plaintiff's failure to produce documents in accordance with a previous order, issued January 18, 2007.  Plaintiff was ordered to produce the documents by January 23, 2007.  After plaintiff did not produce the documents, Gonzales brought the instant motion for sanctions which was heard on April 19, 2007.  The outcome of the hearing was that plaintiff agreed to provide verified responses in order to resolve the discovery dispute, and if they were not satisfactory, the court would proceed to decide Gonzales' motion for sanctions.  Order, filed April 27, 2007.  After receiving an extension of time, the parties complied with this court's order of May 22, 2007, requiring them to inform the court by May 29,

---

[1] Defendants Coastal Pacific Food Distributors, Inc. and Walter Stilphen are not involved in the instant motion.

1

1 | 2007, whether the disputes have been resolved.  The court directed that only if the disputes were
2 | not resolved, would it decide Gonzales' motion for sanctions.  On May 29, 2007, plaintiff's
3 | counsel filed a letter informing the court that it had responded to the remainder of discovery
4 | propounded by defendant Gonzales.
5 |       Accordingly, IT IS ORDERED that defendant Gonzales' motion for sanctions,
6 | filed March 7, 2007, is vacated from the calendar as moot.
7 | DATED:   7/13/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Staffworks1272.san

2