ROBERT TED PARKER (CSB # 43024)
DEIRDRE M. DIGRANDE (CSB #199766)
RACHEL R. DAVIDSON (CSB # 215517)
PRESTON GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff
STAFFWORKS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAFFWORKS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> COASTAL PACIFIC FOOD DISTRIBUTORS, INC., a California corporation; WALTER STILPHEN, an individual; FRANK GONZALES, SR.; an individual; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2:05-CV-02504-MCE-GGH <br><br><br> **ORDER DISMISSING ACTION** |
| AND RELATED COUNTER-CLAIMS | |

////
////
////
////
////
////
////
////

1    Pursuant to the Stipulation of the parties to the above-entitled action,

2    IT IS HEREBY ORDERED that the action is DISMISSED WITH PREJUDICE on the
3 merits without costs, disbursements, or attorneys fees to any party except as provided for in the
4 Settlement Agreement entered into between and among the parties.

6 Dated:  January 15, 2008

7    _____
     MORRISON C. ENGLAND, JR
8    UNITED STATES DISTRICT JUDGE